1

2

3

4

5

6                            IN THE UNITED STATES DISTRICT COURT

7                          FOR THE EASTERN DISTRICT OF CALIFORNIA

8     UNITED STATES OF AMERICA,          )        Case №:2:14-cr-0132  LKK
                                         )
9                 Plaintiff,             )             **O R D E R**
                                         )         **APPOINTING COUNSEL**
10          vs.                          )
      KENNETH M. BELL,                   )
11                                       )
                  Defendant.             )
12                                       )
                                         )
13    _____   )

14         The defendant has, under oath, sworn or affirmed as to his financial inability to employ
      counsel.

15
           OFFENSE:  21 USC § 841(a)(1)
16

17         CJA Panel attorney Todd D. Leras is hereby appointed effective May 27, 2014, the date
      the Office of the Federal Defender first contacted him.

18         **APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT***

19    **SUPPORTING APPOINTMENT.**

20    Dated:  May 28, 2014

21

22                                       _____

23    Dad1.crim                          DALE A. DROZD
      Bell0132.appoint.ord.docx          UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28