BENJAMIN B. WAGNER
United States Attorney
Crystal K. Fulfer
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00132-LKK |
|---|---|
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| KENNETH M. BELL, | DATE: June 24, 2014 |
| Defendant. | TIME: 9:15 a.m. |
| | COURT: Hon. Lawrence K. Karlton |

On June 24, 2014, the Court held a status conference in this case. Special Assistant United States Attorney Crystal Fulfer appeared on behalf of plaintiff, the United States of America. Attorney Todd Leras appeared with defendant KENNETH M. BELL, who was present and in custody.

This Court granted a continuance for a further status conference to July 22, 2014, at 9:15 a.m.

Having found that the ends of justice are served by continuing the case as requested by the parties for additional time to prepare, review additional discovery, and conduct further investigation outweigh the interests of the public and the defendant in a trial within the original date prescribed by the

///

///

///

///

1  Speedy Trial Act, the Court therefore excluded time from June 24, 2014, to, and including, July 22,
2  2014, from computation of time within which the trial of this matter must be commenced, pursuant to
3  Local Code T4.
4  Dated: June 25, 2014

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER RE: SCHEDULING STATUS CONFERENCE AND
EXCLUDING TIME

2