LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-0132 LKK |
| Plaintiff, | |
| vs. | ORDER CONTINUING STATUS CONFERENCE |
| KENNETH M. BELL, | Date:     August 19, 2014<br>Time:     9:15 a.m.<br>Court:    Hon. Lawrence K. Karlton |
| Defendant. | |

    This matter came before the Court for a status conference on August 5, 2014.  Special Assistant United States Attorney Crystal Fulfer appeared on behalf of the United States.  Attorney Todd D. Leras appeared for Defendant Kenneth Bell, who was personally present and in custody.

    The parties informed the Court that defense counsel needed additional preparation time to conduct investigation and legal research and therefore requested to continue the matter for a further status conference to August 19, 2014, at 9:15 a.m.  Based on the continuing defense investigation and research, the parties requested an exclusion of time under the Speedy Trial Act and the corresponding local code for attorney preparation for the period up to and including August 19, 2014.  The Court ordered defense counsel to prepare a formal written order.

ORDER CONTINUING STATUS CONFERENCE

ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter is continued to August 19, 2014, at 9:15 a.m.  The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation for the period up to and including August 19, 2014.

DATED: August 8, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER CONTINUING STATUS CONFERENCE