1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  428 J Street, Suite 350
   Sacramento, California 95814
3  (916) 504-3933
   toddleras@gmail.com
4  Attorney for Defendant
   KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-0132 LKK |
| Plaintiff, | |
| vs. | ORDER CONTINUING STATUS CONFERENCE |
| KENNETH M. BELL, | Date:     August 26, 2014<br>Time:    9:15 a.m.<br>Court:   Hon. Lawrence K. Karlton |
| Defendant. | |

      This matter came before the Court for a status conference on August 19, 2014.  Special Assistant United States Attorney Crystal Fulfer appeared on behalf of the United States.  Attorney Todd D. Leras appeared for Defendant Kenneth Bell, who was personally present and in custody.

      Defense counsel informed the Court that the defense intended to file a Motion to Suppress Evidence on August 19, 2014.  The parties requested to continue the status conference for one week to August 26, 2014.  The purpose of the continuance is to allow government counsel an opportunity review the suppression motion and propose a briefing schedule and hearing date in light of reassignment of the case following the retirement of Senior United States District Judge Lawrence K. Karlton.  Although filing of the motion results in the exclusion of time under 18 U.S.C. § 3161(h)(1)(D), defense counsel further confirmed that he needed additional preparation time to

ORDER CONTINUING STATUS
CONFERENCE

1  conduct investigation and therefore requested an exclusion of time under the Speedy Trial Act and the
2  corresponding local code for attorney preparation for the period up to and including August 26, 2014.  The Court
3  ordered defense counsel to prepare a formal written order.

## ORDER

GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that the status conference in this matter is continued to August 26, 2014, at 9:15 a.m.  The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation for the period up to and including August 26, 2014.  Time shall also be excluded upon filing of Defendant's Motion to Suppress Evidence pursuant to 18 U.S.C. § 3161(h)(1)(D) and Local Code E.

DATED: August 25, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

ORDER CONTINUING STATUS CONFERENCE