BENJAMIN B. WAGNER
United States Attorney
JILL THOMAS
Assistant United States Attorney
CRYSTAL K. FULFER
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KENNETH M. BELL,<br><br>Defendant. | CASE NO. 2:14-CR-00132-LKK<br><br>STIPULATION AND ORDER TO SET BRIEFING SCHEDULE FOR MOTION TO SUPPRESS EVIDENCE<br><br>DATE:   October 21, 2014<br>TIME:   9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |
|---|---|

The United States of America, by and through Assistant United States Attorney Jill Thomas and Special Assistant United States Attorney Crystal Fulfer, and Defendant Kenneth Bell, by and through his attorney, Todd Leras, agree to set the following briefing schedule for Defendant's Motion to Suppress Evidence (hereafter referred to as "the Motion"), filed on August 19, 2014:

1. Government's Opposition Brief to the Motion to be filed on or before September 30, 2014;

2. Defendant's Reply Brief in Support of the Motion, if any, to be filed on or before October 14, 2014; and

3. A non-evidentiary hearing on the Motion to be set for October 21, 2014.

///

///

STIPULATION AND [PROPOSED] ORDER TO SET BRIEFING SCHEDULE FOR MOTION TO SUPPRESS EVIDENCE

1

1   Based on the pending Motion on file in this matter, time shall be excluded pursuant to the
2   pending motion provision of the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(D), and corresponding Local
3   Code E, up to and including October 21, 2014.  In the event the Court and parties believe that an
4   evidentiary hearing is warranted by issues raised in the Motion, the evidentiary hearing shall be set for a
5   reasonable date convenient to the Court following the non-evidentiary hearing on October 21, 2014.

7   IT IS SO ORDERED.

9   Dated: August 25, 2014

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT