UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-cr-00132-MCE-1 |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| KENNETH M. BELL, | |
| Defendant. | |

Presently before the Court is Defendant's unopposed Motion in Limine re Restraint and Appearance During Trial (ECF No. 44) by which he requests to appear at all times during his jury trial unshackled, or with any restraints hidden from view, and in street clothes. Defendant's Motion is GRANTED. He will be permitted to appear in street clothes, and all restraints will be hidden from view.

IT IS SO ORDERED.

Dated: March 13, 2015

MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT

1