BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>             v.<br><br>KENNETH M. BELL,<br><br>                    Defendant. | CASE NO. 2:14-CR-00132-MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: August 13, 2015<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 13, 2015.

2. By this stipulation, defendant now moves to continue the status conference until October 8, 2015, and to exclude time between August 13, 2015, and October 8, 2015, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The United States provided additional discovery to the defendant on April 10, 2015, April 20, 2015, and May 13, 2015.

   b) Counsel for defendant desires additional time to conduct further

1 investigation related to discovery provided to the defendant.  Additionally, counsel
2 for the defendant desires further time to prepare for trial in this matter.

3      c)     Counsel for defendant believes that failure to grant the above-
4 requested continuance would deny him/her the reasonable time necessary for
5 effective preparation, taking into account the exercise of due diligence.

6      d)     The government does not object to the continuance.

7      e)     Based on the above-stated findings, the ends of justice served by
8 continuing the case as requested outweigh the interest of the public and the
9 defendant in a trial within the original date prescribed by the Speedy Trial Act.

10      f)     For the purpose of computing time under the Speedy Trial Act, 18
11 U.S.C. § 3161, et seq., within which trial must commence, the time period of August
12 13, 2015 to October 8, 2015, inclusive, is deemed excludable pursuant to 18 U.S.C.§
13 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted
14 by the Court at defendant's request on the basis of the Court's finding that the ends
15 of justice served by taking such action outweigh the best interest of the public and
16 the defendant in a speedy trial.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 9, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ JUSTIN L. LEE
JUSTIN L. LEE
Assistant United States Attorney

Dated: August 9, 2015

/s/ TODD LERAS
TODD LERAS
Counsel for Defendant
Kenneth M. Bell

**ORDER**

IT IS SO ORDERED.

Dated: August 12, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT