LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENNETH M. BELL,<br><br>　　　　Defendant. | Case No.: 2:14-CR-0132 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:　　January 21, 2016<br>Time:　　9:00 a.m.<br>Court:　　Hon. Morrison C. England, Jr. |

　　　The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jill Thomas and Defendant Kenneth Bell by and through his attorney Todd D. Leras, request that the Court continue the status conference in this matter to January 21, 2016, at 9:00 a.m.

　　　Defense counsel is conducting ongoing investigation and legal research into matters related to potential defenses in the case. The parties at this time believe that the matter is not

ORDER CONTINUING STATUS CONFERENCE

likely to resolve through negotiated resolution.  The defense therefore needs to complete the investigation and research before setting a trial date for this matter.

For the reasons stated in the preceding paragraph, the parties are requesting to continue the status conference to January 21, 2016.  They also stipulate and agree that an exclusion of time up to and including January 21, 2016, is appropriate based on the need for reasonable preparation time.

Assistant U.S. Attorney Jill Thomas has reviewed this proposed order and authorized Todd D. Leras to sign it on her behalf.

DATED:  November 9, 2015

By    /s/ Todd D. Leras for
     JILL M. THOMAS
     Assistant United States Attorney

DATED:  November 9, 2015

By    /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     KENNETH M. BELL

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for November 12, 2015, is vacated. A new status conference is scheduled for January 21, 2016, at 9:00 a.m. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from November 12, 2015, up to and including January 21, 2016.

IT IS SO ORDERED.

Dated: November 20, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER CONTINUING STATUS CONFERENCE