LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>KENNETH M. BELL,<br><br>  Defendant. | Case No.: 2:14-CR-0132 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br>Date:   March 3, 2016<br>Time:   9:00 a.m.<br>Court:  Hon. Morrison C. England, Jr. |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee and Defendant Kenneth Bell by and through his attorney Todd D. Leras, request that the Court continue the status conference in this matter to March 3, 2016, at 9:00 a.m.

Defense counsel has not yet completed ongoing investigation and legal research into matters related to potential defenses in the case.  The defense therefore needs additional time to

ORDER CONTINUING STATUS
CONFERENCE

complete the investigation and research.  The government does not oppose the requested continuance.

    For the reasons stated in the preceding paragraph, the parties are requesting to continue the status conference to March 3, 2016.  They also stipulate and agree that an exclusion of time up to and including March 3, 2016, is appropriate based on the need for reasonable preparation time.

    Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED:  January 19, 2016

By    /s/ Todd D. Leras for
JUSTIN LEE
Assistant United States Attorney

DATED:  January 19, 2016

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
KENNETH M. BELL

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for January 21, 2016, is vacated.  A new status conference is scheduled for March 3, 2016, at 9:00 a.m.  The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 21, 2016, up to and including March 3, 2016.

IT IS SO ORDERED.

DATED:  JANUARY 20, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER CONTINUING STATUS CONFERENCE