1  LAW OFFICE OF TODD D. LERAS
2  Todd D. Leras, CA SBN 145666
   428 J Street, Suite 350
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  KENNETH M. BELL

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              Case No.: 2:14-CR-0132 MCE

12              Plaintiff,

13 vs.                                     STIPULATION AND ORDER
                                           CONTINUING STATUS CONFERENCE
14 KENNETH M. BELL,

15              Defendant.

16                                         Date:      April 14, 2016
                                           Time:       9:00 a.m.
17                                         Court:      Hon. Morrison C. England, Jr.

18

19

20

21       The parties to this action, Plaintiff United States of America by and through Assistant

22 United States Attorney Justin Lee and Defendant Kenneth Bell by and through his attorney Todd

23 D. Leras, request that the Court continue the status conference in this matter to April 14, 2016, at

24 9:00 a.m.

25       Defense counsel is in the process of finishing ongoing investigation into matters related

26 to potential defenses in the case.  The charged offense occurred in Vallejo.  Many of the potential

27

28 ORDER CONTINUING STATUS
   CONFERENCE

witnesses live in Vallejo or have relocated to other parts of the San Francisco Bay Area.  The defense therefore needs additional time to complete the interviews and other investigation.  The government does not oppose the requested continuance.

For the reasons stated in the preceding paragraph, the parties are requesting to continue the status conference to April 14, 2016.  They also stipulate and agree that an exclusion of time up to and including April 14, 2016, is appropriate based on the need for reasonable preparation time.

Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED:  February 29, 2016

By ____/s/ Todd D. Leras for____
    JUSTIN LEE
    Assistant United States Attorney

DATED:  February 29, 2016

By ____/s/ Todd D. Leras____
    TODD D. LERAS
    Attorney for Defendant
    KENNETH M. BELL

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

Based on the representations and pursuant to the stipulation of the parties, it is hereby ordered that the status conference in this matter scheduled for March 3, 2016, is VACATED. A new status conference is scheduled for April 14, 2016, at 9:00 a.m. The Court specifically finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 3, 2016, up to and including April 14, 2016.

IT IS SO ORDERED.

Dated:  March 1, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER CONTINUING STATUS
CONFERENCE