LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
428 J Street, Suite 350
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-0132 MCE |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| KENNETH M. BELL, | |
| Defendant. | |
| | Date:      May 12, 2016 |
| | Time:       10:00 a.m. |
| | Court:      Hon. Morrison C. England, Jr. |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Jill Thomas and Defendant Kenneth Bell by and through his attorney Todd D. Leras, request that the Court continue the status conference in this matter to May 12, 2016, at 10:00 a.m.

Defense counsel is nearing completion of ongoing investigation into matters related to potential defenses in the case. The defense needs additional time to review the completed

ORDER CONTINUING STATUS
CONFERENCE

investigation with Defendant to ensure that all potential defenses in the matter have been explored.  The government does not oppose the requested continuance.

For the reasons stated in the preceding paragraph, the parties are requesting to continue the status conference to May 12, 2016.  They also stipulate and agree that an exclusion of time up to and including May 12, 2016, is appropriate based on the need for reasonable preparation time.

Assistant U.S. Attorney Jill Thomas has reviewed this proposed order and authorized Todd D. Leras to sign it on her behalf.

DATED:  April 11, 2016

By    /s/ Todd D. Leras for
JILL THOMAS
Assistant United States Attorney

DATED:  April 11, 2016

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
KENNETH M. BELL

ORDER CONTINUING STATUS
CONFERENCE

## ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter scheduled for April 14, 2016, is vacated. A new status conference is scheduled for May 12, 2016, at 10:00 a.m.  The Court further finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from April 14, 2016, up to and including May 12, 2016.

IT IS SO ORDERED.

Dated:  April 13, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

ORDER CONTINUING STATUS
CONFERENCE