LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-0132 MCE |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| KENNETH M. BELL, | |
| Defendant. | |
| | Date:   July 21, 2016<br>Time:   10:00 a.m.<br>Court:  Hon. Morrison C. England, Jr. |

  The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee and Defendant Kenneth Bell by and through his attorney Todd D. Leras, request that the Court continue the status conference in this matter to July 21, 2016, at 10:00 a.m.

  Defense counsel is engaged in ongoing investigation into matters related to potential defenses in the case. The offenses alleged in the Indictment occurred in the City of Vallejo, a driving distance of approximately sixty miles from Sacramento. Many of the potential defense

ORDER CONTINUING STATUS
CONFERENCE

witnesses live in Vallejo, Vacaville, and Fairfield, California.  The location of the scene of the arrest and the residence of potential witnesses therefore requires travel to and from the Vallejo region.  The defense needs additional time to complete its investigation to ensure that all potential defenses in the matter have been explored.  The government does not oppose the requested continuance.

    For the reasons stated in the preceding paragraph, the parties are requesting to continue the status conference to July 21, 2016.  They also stipulate and agree that an exclusion of time up to and including July 21, 2016, is appropriate based on the need for reasonable preparation time.

    Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED:  May 10, 2016

By  /s/ Todd D. Leras for
    JUSTIN LEE
    Assistant United States Attorney

DATED:  May 10, 2016

By  /s/ Todd D. Leras
    TODD D. LERAS
    Attorney for Defendant
    KENNETH M. BELL

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

Based on the representations and stipulations of the parties, it is hereby ordered that the status conference in this matter scheduled for May 12, 2016, is vacated. A new status conference is scheduled for July 21, 2016, at 10:00 a.m. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 12, 2016, up to and including July 21, 2016.

IT IS SO ORDERED.

Dated: May 12, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE