LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>vs.<br><br>KENNETH M. BELL,<br><br>         Defendant. | Case No.: 2:14-CR-0132 MCE<br><br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE<br><br><br><br>Date:     August 18, 2016<br>Time:     10:00 a.m.<br>Court:    Hon. Morrison C. England, Jr. |

   The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee and Defendant Kenneth Bell by and through his attorney Todd D. Leras, request that the Court continue the status conference in this matter to August 18, 2016, at 10:00 a.m.

   Defense counsel is engaged in ongoing investigation.  The offenses alleged in the Indictment occurred in the City of Vallejo, a driving distance of approximately sixty miles from

ORDER CONTINUING STATUS
CONFERENCE

Sacramento.  Many of the potential defense witnesses live in Vallejo, Vacaville, and Fairfield, California.  The defense has nearly completed its investigation of the matter but requires additional time to complete witness interviews.  The government does not oppose the requested continuance.

    For the reasons stated in the preceding paragraph, the parties are requesting to continue the status conference to August 18, 2016.  They also stipulate and agree that an exclusion of time, up to and including August 18, 2016, is appropriate based on the need for reasonable preparation time.  A previous written stipulation had excluded time up to and including July 21, 2016.  Due to a calendaring issue, the matter had been continued by the Court for one week to July 28, 2016.  In light of the defense's incomplete investigation of this matter, the parties agree that the time exclusion appropriately applies to the entire period from July 21 to August 18, 2016.

    Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED:  July 25, 2016

By    /s/ Todd D. Leras for
     JUSTIN LEE
     Assistant United States Attorney

DATED:  July 25, 2016

By    /s/ Todd D. Leras
     TODD D. LERAS
     Attorney for Defendant
     KENNETH M. BELL

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

Based on the representations and stipulation of the parties, it is hereby ordered that the status conference in this matter scheduled for July 28, 2016, is VACATED and CONTINUED to August 18, 2016, at 10:00 a.m.  The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from July 21, 2016, up to and including August 18, 2016.

IT IS SO ORDERED.

Dated: July 29, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE