LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH M. BELL,<br><br>    Defendant. | Case No.: 2:14-CR-0132 MCE<br><br>STIPULATION AND ORDER<br>CONTINUING STATUS CONFERENCE<br><br><br>Date:     December 1, 2016<br>Time:     10:00 a.m.<br>Court:    Hon. Morrison C. England, Jr. |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee and Defendant Kenneth Bell by and through his attorney Todd D. Leras, request that the Court set the above-referenced matter for the following dates:  Trial Confirmation Hearing on December 1, 2016, at 10:00 a.m., and a Jury Trial for January 9, 2017,

ORDER CONTINUING STATUS
CONFERENCE & SETTING
JURY TRIAL AND TRIAL
CONFIRMATION HEARING

at 9:00 a.m.

The parties are jointly requesting that this matter be set for Jury Trial on January 9, 2017. The trial duration is estimated to be four court days, including jury selection. The parties have confirmed with the courtroom clerk that the Court's schedule is open for a trial of that duration on the requested date.

Defense counsel is engaged in ongoing investigation to prepare for the trial. The offenses alleged in the Indictment occurred in the City of Vallejo, a driving distance of approximately sixty miles from Sacramento. Trial preparation, including witness interviews and scene inspection, therefore requires defense counsel and the assigned investigator to visit the Vallejo area numerous times. Completion of the ongoing trial preparation therefore warrants an exclusion of time under the Speedy Trial Act until the requested trial date. The government does not oppose the request.

For the reasons stated in the preceding paragraph, the parties are requesting to set a Jury Trial on January 9, 2017, with a Trial Confirmation Hearing scheduled on December 1, 2016. They also stipulate and agree that an exclusion of time, up to and including the trial date of January 9, 2017, is appropriate based on the need for reasonable preparation time. A previous written stipulation had excluded time up to and including August 18, 2016. Due to a calendaring issue, the matter had been continued by the Court for one week to August 25, 2016. In light of the defense's incomplete investigation and trial preparation of this matter, the parties agree that the time exclusion appropriately applies to the entire period from August 18, 2016 to January 9, 2017.

ORDER CONTINUING STATUS
CONFERENCE & SETTING
JURY TRIAL AND TRIAL
CONFIRMATION HEARING

Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: August 23, 2016

By   /s/ Todd D. Leras for
JUSTIN LEE
Assistant United States Attorney

DATED: August 23, 2016

By   /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
KENNETH M. BELL

ORDER CONTINUING STATUS
CONFERENCE & SETTING
JURY TRIAL AND TRIAL
CONFIRMATION HEARING

# ORDER

Pursuant to the representations and stipulation of the parties, it is hereby ordered that the status conference in this matter, scheduled for August 25, 2016, is VACATED. A Jury Trial is scheduled to commence in this matter on January 9, 2017, with a Trial Confirmation Hearing scheduled for December 1, 2016, at 10:00 a.m. The Court further finds, based on the representations of the parties, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 18, 2016, up to an including January 9, 2017.

IT IS SO ORDERED.

Dated: August 24, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS
CONFERENCE & SETTING
JURY TRIAL AND TRIAL
CONFIRMATION HEARING