**FILED**

**NOV 1 7 2016**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1  LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
Sacramento, California 95814
3  (916) 504-3933
4  toddleras@gmail.com
Attorney for Defendant
5  KENNETH M. BELL

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            Case No.: 2:14-CR-0132 MCE

           Plaintiff,
12
                                         STIPULATION AND [PROPOSED] ORDER
13  vs.                                  FOR TEMPORARY RELEASE

14  KENNETH M. BELL,

15          Defendant.

16                                       Court:     Hon. Deborah Barnes.

17

18

19

20          The parties to this action, Plaintiff United States of America by and through Assistant

21  United States Attorney Justin Lee and Defendant Kenneth Bell by and through his attorney Todd

22  D. Leras, request that the Court issue an order granting Mr. Bell's temporary release from the

23  Sacramento County Jail on Tuesday, November 22, 2016, from 9:00 a.m. to 4:00 p.m., to attend

24  the funeral of his sister-in-law, Carmen S. Robinson.

25          Mr. Bell is married to Carmen Robinson's sister, Janelle Harris. Ms. Robinson recently

26  passed away. Mr. Bell was very close to Ms. Robinson and her death represents a significant

27

28  ORDER FOR TEMPORARY RELEASE

1    loss to Mr. Bell.

2          Mr. Bell is currently in custody at the Sacramento County Jail.  He has been detained on

3    an Indictment alleging violations of 21 U.S.C. § 841(a)(1) (Distribution of Controlled

4

5    Substances) and 18 U.S.C. § 922(g)(1) (Felon in Possession of Firearm).  His matter is scheduled

6    for a Trial Confirmation Hearing on December 8, 2016, before the Honorable Morrison C.

7    England, Jr.

8          The parties stipulate and agree that Mr. Bell be temporarily released from the Sacramento

9

10   County Jail to the custody of Investigator Fred Scoville on November 22, 2016, from 9:00 a.m.

11   to 5:00 p.m.  Mr. Bell's activity will be limited to traveling from the Jail to Emmanuel Temple

12   Apostolic Church, located at 900 6th Street, Vallejo, California.  Investigator Scoville will escort

13   Mr. Bell to the church and remain with him at all times until his return to the Sacramento County

14   Jail.  Mr. Bell will remain in the custody of Investigator Scoville during the period of the

15   Temporary Release.

16

17         Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd

18   D. Leras to sign it on his behalf.

19

20   DATED:  November 17, 2016

21                                                  By   /s/ Todd D. Leras for
                                                        JUSTIN LEE
22                                                      Assistant United States Attorney

23   DATED:  November 17, 2016                      By   /s/ Todd D. Leras
24                                                      TODD D. LERAS
                                                        Attorney for Defendant
25                                                      KENNETH M. BELL

26

27

28   ORDER FOR TEMPORARY RELEASE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. Kenneth Bell shall be released from the Sacramento County Jail on a "Temporary Out" on November 22, 2016, at 9:00 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to act as third-party custodian.

2. Upon temporary release, Kenneth Bell shall remain with the third-party custodian while traveling from the Sacramento County Jail to Emmanuel Temple Apostolic Church, located at 900 6th Street, Vallejo, California.  Investigator Scoville shall remain with Kenneth Bell during funeral services held for Carmen S. Robinson.

3. Investigator Scoville shall return Kenneth Bell to the Sacramento County Jail by 5:00 p.m. on Tuesday, November 22, 2016.

IT IS SO ORDERED.

DATED: November 17, 2016

HONORABLE DEBORAH
BARNES
UNITED STATES MAGISTRATE
JUDGE

ORDER FOR TEMPORARY RELEASE