LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>KENNETH M. BELL,<br><br>　　　　Defendant. | Case No.: 2:14-CR-0132 MCE<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:　Hon. Morrison C. England, Jr.<br>Date:　April 27, 2017<br>Time:　10:00 a.m. |

　　　Defendant Kenneth Bell by and through his attorney Todd D. Leras, requests that the Court continue the date presently set for Judgment and Sentencing in the above-reference matter from March 30, 2017 to April 27, 2017, and modify the schedule for the Pre-Sentence Report as set forth below.  The defense requires additional time to investigate and gather information in

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

support of its sentencing request.   The government does not oppose the request and the parties have confirmed the assigned probation officer's availability on the requested date.   It is therefore requested that the Court modify its previously-set pre-sentence report as follows:

    1.   Proposed Date for Draft Pre-Sentence Report:   March 16, 2017;

    2.   Informal Objections to Draft Pre-Sentence Report:   March 30, 2017;

    3.   Pre-Sentence Report Date:   April 6, 2017;

    4.   Motion for Correction Date:   April 13, 2017; and

    5.   Reply Date:   April 20, 2017.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.   Assistant U.S. Attorney Jill Thomas has reviewed this proposed order and authorized Todd D. Leras to sign it on her behalf.

DATED: February 15, 2017         By      /s/ Todd D. Leras for
                                                                                  JILL THOMAS
                                                                                 Assistant United States Attorney

DATED: February 15, 2017         By      /s/ Todd D. Leras
                                                                                 TODD D. LERAS
                                                                                 Attorney for Defendant
                                                                                 KENNETH M. BELL

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The March 30, 2017, Judgment and Sentencing Hearing in this matter is VACATED and CONTINUED to April 27, 2017, at 10:00 a.m.  The Court adopts the Pre-Sentence Report schedule proposed by the parties.

IT IS SO ORDERED.

Dated:  February 21, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE