LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:14-CR-0132 MCE |
|---|---|
| Plaintiff, | |
| vs. | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| KENNETH M. BELL, | |
| Defendant. | |
| | Court:  Hon. Morrison C. England, Jr.<br>Date:   May 18, 2017<br>Time:   10:00 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Justin Lee and Attorney Todd D. Leras on behalf of Defendant Kenneth Bell request to continue the date presently set for Judgment and Sentencing in the above-reference matter from April 27, 2017 to May 18, 2017. Defendant has completed his interview with the

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

assigned probation officer and the probation department needs additional time to complete the draft pre-sentence investigation report.  Both parties agree to the request and are available along with the assigned probation officer to appear on the requested date.   It is therefore requested that the Court modify its previously-set pre-sentence report disclosure schedule as follows:

    1.   Proposed Date for Draft Pre-Sentence Report:   April 13, 2017;

    2.   Informal Objections to Draft Pre-Sentence Report:  April 27, 2017;

    3.   Pre-Sentence Report Date:   May 4, 2017;

    4.   Motion for Correction Date:  May 11, 2017; and

    5.   Reply Date:  May 18, 2017.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required.  Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED:  March 24, 2017

By  /s/ Todd D. Leras for
    JUSTIN LEE
    Assistant United States Attorney

DATED:  March 24, 2017

By  /s/ Todd D. Leras
    TODD D. LERAS
    Attorney for Defendant
    KENNETH M. BELL

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to May 18, 2017, at 10:00 a.m.  The Court adopts the Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated:  March 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE