LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>KENNETH M. BELL,<br><br>          Defendant. | Case No.: 2:14-CR-0132 MCE<br><br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY RELEASE<br><br><br>Court:     Hon. Edmund F. Brennan |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee and Defendant Kenneth Bell by and through his attorney Todd D. Leras, request that the Court issue an order granting Mr. Bell's temporary release from the Sacramento County Jail on Tuesday, April 11, 2017, from 9:00 a.m. to 5:00 p.m., to attend the funeral of his cousin, Arthur Ray Wilson.

Arthur Ray Wilson passed away on April 2, 2017. Mr. Bell was very close to Mr. Wilson and considered him to be more like a brother than a cousin. His death represents a significant

ORDER FOR TEMPORARY RELEASE

loss to Mr. Bell.

Mr. Bell is currently in custody at the Sacramento County Jail.  He has entered a guilty plea to a violation of 18 U.S.C. § 922(g), Felon in Possession of Firearm.  His matter is scheduled for Judgment and Sentencing on May 18, 2017, before the Honorable Morrison C. England, Jr.

The parties stipulate and agree that Mr. Bell be temporarily released from the Sacramento County Jail to the custody of Investigator Fred Scoville on April 11, 2017, from 9:00 a.m. to 5:00 p.m.  Mr. Bell's activity will be limited to traveling from the Jail to Independent Holiness Church, located at 605 South 16th Street, Richmond, California.  Investigator Scoville will escort Mr. Bell to the church and remain with him at all times until his return to the Sacramento County Jail.  Mr. Bell will remain in the custody of Investigator Scoville during the period of the Temporary Release.

Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED:  April 6, 2017

By    /s/ Todd D. Leras for
JUSTIN LEE
Assistant United States Attorney

DATED:  April 6, 2017

By    /s/ Todd D. Leras
TODD D. LERAS
Attorney for Defendant
KENNETH M. BELL

ORDER FOR TEMPORARY RELEASE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. Kenneth Bell shall be released from the Sacramento County Jail on a "Temporary Out" on April 11, 2017, at 9:00 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to act as third-party custodian.

2. Upon temporary release, Kenneth Bell shall remain with the third-party custodian while traveling from the Sacramento County Jail to Independent Holiness Church, located at 605 South 16th Street, Richmond, California. Investigator Scoville shall remain with Kenneth Bell during funeral services held for Arthur Ray Wilson.

3. Investigator Scoville shall return Kenneth Bell to the Sacramento County Jail by 5:00 p.m. on Tuesday, April 11, 2017.

IT IS SO ORDERED.

DATED:   April 7, 2017

HONORABLE EDMUND F. BRENNAN
CHIEF UNITED STATES MAGISTRATE JUDGE

ORDER FOR TEMPORARY RELEASE