LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KENNETH M. BELL,<br><br>Defendant. | Case No.: 2:14-CR-0132 MCE<br><br>STIPULATION AND [~~PROPOSED~~] ORDER FOR TEMPORARY RELEASE<br><br>Court: Hon. Edmund F. Brennan |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Justin Lee and Defendant Kenneth Bell by and through his attorney Todd D. Leras, request that the Court issue an order granting Mr. Bell's temporary release from the Sacramento County Jail on Friday, June 9, 2017, from 1:00 p.m. to 8:00 p.m., to attend the high school graduation of his son, Michael Bell.

Michael Bell is scheduled to graduate from Castlemont High School in Oakland, California on June 9, 2017. Michael Bell is Kenneth Bell's youngest son. His graduation is a

ORDER FOR TEMPORARY RELEASE

significant milestone for Kenneth Bell and his family.

Mr. Bell is currently in custody at the Sacramento County Jail. He has entered a guilty plea to a violation of 18 U.S.C. § 922(g), Felon in Possession of Firearm. His matter is scheduled for Judgment and Sentencing on July 13, 2017, before the Honorable Morrison C. England, Jr.

The parties stipulate and agree that Mr. Bell be temporarily released from the Sacramento County Jail to the custody of Investigator Fred Scoville on June 9, 2017, from 1:00 p.m. to 8:00 p.m. Mr. Bell's activity will be limited to traveling from the Jail to Castlemont High School at 8601 MacArthur Boulevard, Oakland, California. Investigator Scoville will escort Mr. Bell to the graduation ceremony and remain with him at all times until his return to the Sacramento County Jail. Mr. Bell will remain in the custody of Investigator Scoville during the period of the Temporary Release.

Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf.

DATED: June 6, 2017

By   /s/ Todd D. Leras for
  JUSTIN LEE
  Assistant United States Attorney

DATED: June 6, 2017

By   /s/ Todd D. Leras
  TODD D. LERAS
  Attorney for Defendant
  KENNETH M. BELL

ORDER FOR TEMPORARY RELEASE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. Kenneth Bell (X Reference Number 3865921) shall be released from the Sacramento County Jail on a "Temporary Out" on June 9, 2017, at 1:00 p.m., to the temporary custody of Investigator Fred Scoville, who has agreed to act as third-party custodian.

2. Upon temporary release, Kenneth Bell shall remain with the third-party custodian while traveling from the Sacramento County Jail to his son's graduation ceremony from Castlemont High School, located at 8601 MacArthur Boulevard, Oakland, California. Investigator Scoville shall remain with Kenneth Bell during the graduation ceremony for Michael Bell.

3. Investigator Scoville shall return Kenneth Bell to the Sacramento County Jail by 8:00 p.m. on Friday, June 9, 2017.

IT IS SO ORDERED.

DATED: June  6 , 2017

HONORABLE EDMUND F. BRENNAN
CHIEF UNITED STATES MAGISTRATE JUDGE

ORDER FOR TEMPORARY RELEASE