LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
KENNETH M. BELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH M. BELL,<br><br>    Defendant. | Case No.: 2:14-CR-0132 MCE<br><br>ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES<br><br>Court:    Hon. Morrison C. England, Jr.<br>Date:     July 13, 2017<br>Time:     10:00 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant U.S. Attorney Justin Lee and Attorney Todd D. Leras on behalf of Defendant Kenneth Bell request to continue the date presently set for Judgment and Sentencing in the above-reference matter from June 22, 2017 to July 13, 2017.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

This matter was previously continued at the request of the Probation Department from May 18 to June 15 to allow additional time for the assigned probation officer to complete the Pre-Sentence Investigation Report ("PSR"). The Court subsequently continued the matter on its own motion to June 22. (Docket Entry # 104). Defense counsel will be out of the state and unavailable on June 22. In addition, the probation officer initially assigned to prepare the PSR has retired. Due to reassignment of the matter to a new probation officer, the matters raised in Defendant's Informal Request for Correction to the Draft PSR were not addressed in the Final PSR filed with the Court. The probation officer presently assigned to the matter intends to respond to Defendant's informal objections. Given the circumstances, the government does not oppose the request to continue and agrees to modification of the disclosure schedule as follows:

1. Probation Department Response to Defendant's Informal Objection Letter: June 22, 2017;
2. Motion for Correction: June 29, 2017; and
3. Reply Date: July 6, 2017.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Justin Lee has reviewed this proposed order and authorized Todd D. Leras to sign it on his behalf. Probation Officer Hugo Ortiz has been consulted regarding this request and is available on July 13, 2017.

DATED: June 6, 2017

By   /s/ Todd D. Leras for
     JUSTIN LEE
     Assistant United States Attorney

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

| | |
|---|---|
| DATED: June 5, 2017 | By /s/ Todd D. Leras<br>TODD D. LERAS<br>Attorney for Defendant<br>KENNETH M. BELL |

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to July 13, 2017, at 10:00 a.m. The Court adopts the amended Pre-Sentence Report disclosure schedule proposed by the parties.

IT IS SO ORDERED.

Dated: June 16, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE