

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
THE HONORABLE MORRISON C. ENGLAND, JR.**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00132-MCE |
| Plaintiff, | |
| v | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| KENNETH BELL, | |
| Defendant. | |

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release KENNETH BELL, No. 2:14-cr-00132-MCE, from custody for the following reasons:

| | |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| X | Other:  Pursuant to the Court's sentence of time served. |

Issued at Sacramento, California on July 13, 2017, at 11:12 a.m.

DATED: July 13, 2017

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE