McGREGOR W. SCOTT
United States Attorney
JUSTIN L. LEE
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00132-MCE |
| Plaintiff, | ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| KENNETH M. BELL, | |
| Defendant. | |

On December 20, 2019, the Government requested a 18-day extension of time to file a response to Defendant's pro se motions.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due January 7, 2020.

IT IS SO ORDERED.

Dated: January 6, 2020

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1