UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:14-CR-00132-MCE |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| KENNETH M. BELL, | |
| Defendant. | |

Defendant's opposed Motions to Reduce Sentence Pursuant to the First Step Act (ECF Nos. 137, 139)[1] and his subsequent Petition for Writ of Mandamus (ECF No. 148) are DENIED. His Motion for Reconsideration and Clarification re 140 Minute Order (ECF No. 143) is DENIED as moot.

IT IS SO ORDERED.

Dated:  April 29, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] This matter was referred to the Office of the Federal Defender to file a response, and the office declined to supplement Defendant's Motion. ECF Nos. 140, 144. Counsel also requested to withdraw, which request is GRANTED.

1