The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br><br>KENNETH BELL | Case Number:  14-132 MCE<br><br>**DEFENDANT'S WAIVER OF APEARANCE & CONSENT TO PROCEED VIA ZOOM**<br><br>**DATE: August 26, 2021**<br>**TIME: 10 am**<br>**DEPT: MCE** |

      On March 30, 2020, Chief United States Judge Mueller issued General Order 614, "Coronavirus Public Emergency Authorizing Video-teleconferencing and Telephone Conferencing for Criminal Proceedings under Section 15002 of the Coronavirus Aid, Relief and Economic Security (CARES) Act," which authorizes the use of videoconferencing – or telephone phone conferencing if videoconference is not reasonably available – in various criminal proceedings.

Mr. Bell, having been advised of his right to appear in person for his status conference, as well as of the ability to waive his personal appearance and appear via videoteleconference, has elected waived his right to personally appear at his August 26, 2021 status conference, and instead requests to appear via video-teleconference. If video-teleconference becomes unavailable, he consents to appear via teleconference.

Mr. Bell further agrees that the status conference in this matter – which is requested for the purpose of discussing trial dates – cannot be further delayed without serious harm to the interests of justice, within the meaning of General Order 614.

Finally, Mr. Bell consents to counsel signing this waiver on his behalf, pursuant to General Order 616. He stipulates that i) obtaining his wet signature is both impractical and imprudent, given the pandemic; ii) he has had an opportunity to consult with counsel regarding this matter; and iii) after said consultation, he consents to his counsel signing this order electronically on his behalf.

Dated: August 24, 2021

By: *Kenneth Bell*
Kenneth Bell, Defendant


By: *Olaf W. Hedberg*
Olaf W. Hedberg
Atty for Kenneth Bell

**ORDER**

The Court, having received and considered the defendant's waiver of personal appearance, and good cause appearing therefrom, hereby orders that the defendant's electronic signature is accepted pursuant to General Order 616. Furthermore, his request to appear via video-teleconference (or telephone, if video-teleconference services become unavailable) for the August 26, 2021 hearing is GRANTED.

IT IS SO ORDERED.

Dated: August 27, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE