1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

    v.

KENNETH BELL,

          Defendant.

No.  2:14-cr-00132-MCE

ORDER

      The Court makes the following findings and orders:

I.      DATE AND LENGTH OF HEARING

      An Evidentiary Hearing is confirmed on September 2, 2021, at 10:30 a.m. by Zoom Videoconference.  The Court will permit each side up to thirty minutes for closing arguments unless otherwise specifically ordered by the Court.  The United States will be permitted to reserve time for rebuttal purposes but will be required to monitor any time so reserved.

II.     WITNESSES

      The parties are ordered to file their witness lists on or before **August 31, 2021**. Each party may call a witness designated by the other.  The parties must expressly reserve the right to call additional witnesses at the hearing.

///

1

1    III.    EXHIBITS - SCHEDULES AND SUMMARIES

2           The parties are ordered to file their exhibit lists on or before **August 31, 2021**.

3    The parties must expressly reserve the right to offer additional exhibits at the hearing.

4           The United States' exhibits shall be listed numerically.  Defendant's exhibits shall

5    be listed alphabetically.  After A-Z is exhausted, defense counsel is to use A2 through

6    Z2, then begin with A3 through Z3, and so on. Each page in all multi-page exhibits shall

7    be marked for identification and all photographs must be marked individually.

8    A footer must be used to mark exhibits and must be in the following format:  Case

9    Number, Case Name, Party Offering Exhibit, Exhibit Number or Letter, Page of Exhibit

10   with length of exhibit.[1]

11          Each party may use an exhibit designated by the other.  In the event the United

12   States and the Defendant offer the same exhibit during the hearing, that exhibit shall be

13   referred to by the designation the exhibit is first identified.  The Court cautions the parties

14   to pay attention to this detail so that all concerned will not be confused by one exhibit

15   being identified by both the United States and the Defendant.

16          Exhibit lists must be in Microsoft Word, filed in the table format shown below, and

17   emailed to mceorders@caed.uscourts.gov by **August 31, 2021**.

18

19

| EXHIBIT IDENTIFICATION | EXHIBIT DESCRIPTION | DATE OFFERED | DATE ADMITTED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

20

21

22

23          Not later than **August 31, 2021**, the parties are ordered to upload an electronic

24   version of exhibits and their exhibit lists using the following Box.com link:

25       https://caed.app.box.com/f/f36763a8b2e942e8b70f42473ab8ca82

26

27   ---
     [1] Example of exhibit stamp footer.

     2:14-cr-00132, US v. Bell          Government's Exhibit 1          Page 1 of 3

28

Unless otherwise ordered by the Court, the parties shall retain custody of any physical exhibits incapable of being submitted electronically and shall remain responsible for the custody of those exhibits throughout the duration of the case.

IV.    CHOICE NOT TO FILE DOCUMENTS

Should either party choose not to file a witness list or exhibit list, that party must notify the Court in writing by **August 31, 2021**, that it will not be filing such documents.

V.    PERSONS WITH COMMUNICATION DISABILITIES

To the extent the services of a foreign language interpreter, sign language interpreter or other appropriate auxiliary aids and services are required during the course of this hearing, counsel is to notify the Court, in writing, not later than **August 31, 2021**, in addition to contacting the Access Coordinator/Staff Interpreter, Yolanda Riley-Portal, at (916) 930-4221 or yriley-portal@caed.uscourts.gov.  The foreign language interpreter must be a court certified interpreter in good standing and have an oath on file with this Court prior to the commencement of trial.

VI.    OBJECTIONS TO ORDER

The parties may file an objection or request augmentation of this Order not later than **August 30, 2021**.  This Order will be modified only upon a showing of manifest injustice.  If no objection or modifications are made, this Order will become final without further order of the Court and shall control the subsequent course of the action.

Dated:  August 27, 2021

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE