1  PHILLIP A. TALBERT
   Acting United States Attorney
2  DENISE N. YASINOW
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5
   Attorneys for Plaintiff
6  United States of America

7

                    IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          CASE NO.  2:14-CR-00132-MCE

11                         Plaintiff,  **STIPULATION AND ORDER TO CONTINUE**
                                       **STATUS CONFERENCE ON TSR VIOLATION**
12                 v.

13  KENNETH BELL,

14                         Defendant.

15

16        Plaintiff United States of America, by and through its counsel of record, and Defendant, by and

17  through Defendant's counsel of record, hereby stipulate as follows:

18        1.       Defendant's status conference on TSR violation is currently set for October 28, 2021.

19        2.       By this stipulation, Defendant now moves to continue the hearing to January 6, 2022.

20        3.       This continuance will allow Defendant's counsel additional time to consult with her client,

21  to conduct investigation and research related to the charges, to review discovery for this matter, and to

22  discuss potential resolutions with her client.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

                                        1

1    4.    The government does not object to the continuance.

2    U.S. Probation has been consulted and has no objection to this continuance.

3    IT IS SO STIPULATED.

4

5

6    Dated:  October 26, 2021                    PHILLIP A. TALBERT
                                                 United States Attorney

7

8                                                /s/ DENISE N. YASINOW
                                                 DENISE N. YASINOW
9                                                Assistant United States Attorney

10

11   Dated:  October 26, 2021                    /s/ SHARI RUSK
                                                 SHARI RUSK
12                                               Counsel for Defendant
                                                 KENNETH BELL

13

14

15

16                              **ORDER**

17

18   IT IS SO ORDERED.

     Dated:  October 28, 2021

19

20   _____

21   MORRISON C. ENGLAND, JR.
     SENIOR UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28