PHILLIP A. TALBERT
Acting United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>         v.<br><br>KENNETH BELL,<br><br>             Defendant. | CASE NO. 2:14-CR-00132-TLN<br><br>**STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE** |

   Plaintiff United States of America, by and through its counsel of record, and Defendant Kenneth Bell, by and through his counsel and record, hereby stipulate as follows:

   1.   By previous order a status conference in this matter was scheduled for January 6, 2022 before District Judge Morrison C. England, Jr.

   2.   On November 9, 2021, this case was reassigned to District Judge Troy L. Nunley for all further proceedings, all dates set were vacated, and the parties were directed to file documents to reschedule any hearings.

   3.   By this stipulation and proposed order, the parties now move to reschedule the status conference to February 10, 2022 at 9:30 am. Counsel for the defendant represents that additional time is needed to discuss the issues in the case, review documents, and prepare.

   IT IS SO STIPULATED.

**Stipulation and Order Rescheduling Status Conference**

| | |
|---|---|
| Dated:  December 15, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ DENISE N. YASINOW<br>DENISE N. YASINOW<br>Assistant United States Attorney |
| Dated:  December 15, 2021 | /s/ SHARI RUSK<br>SHARI RUSK<br>Counsel for Defendant<br>KENNETH BELL |

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 16th day of December, 2021.

Troy L. Nunley
United States District Judge

**Stipulation and Order Rescheduling Status Conference**