PHILLIP A. TALBERT
United States Attorney
DENISE N. YASINOW
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:14-CR-00132-TLN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER RESCHEDULING STATUS CONFERENCE** |
| KENNETH BELL, | |
| Defendant. | |

    Plaintiff United States of America, by and through its counsel of record, and defendant Kenneth Bell, by and through his counsel and record, hereby stipulate as follows:

    1.    By previous order a status conference in this matter was scheduled for February 10, 2022 at 9:30 am.  ECF 192.

    2.    Counsel for the defendant represents that in light of potential new state charges that could impact this TSR proceeding, additional time is needed to discuss the issues in the case, review documents, prepare, and evaluate.

    3.    By this stipulation and proposed order, the parties now move to reschedule the status conference to March 31, 2022 at 9:30 am.

    IT IS SO STIPULATED.

**Stipulation and Order Rescheduling Status Conference**

| | |
|---|---|
| Dated: February 4, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ DENISE N. YASINOW<br>DENISE N. YASINOW<br>Assistant United States Attorney |
| Dated: February 4, 2022 | /s/ SHARI RUSK<br>SHARI RUSK<br>Counsel for Defendant<br>KENNETH BELL |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 7th day of February, 2022.

Troy L. Nunley
United States District Judge

**Stipulation and Order Rescheduling Status Conference**