1  PHILLIP A. TALBERT
   United States Attorney
2  DENISE N. YASINOW
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,              |
12 |                     Plaintiff,          | CASE NO. 2:14-CR-00132-TLN
13 |            v.                           | **STIPULATION AND ORDER SETTING TSR REVOCATION EVIDENTIARY HEARING**
14 | KENNETH BELL,                           |
15 |                     Defendant.          |

16

17     Plaintiff United States of America, by and through its counsel of record, and defendant Kenneth

18 Bell, by and through his counsel and record, hereby stipulate and move to set a TSR revocation

19 evidentiary hearing for Wednesday, **May 25, 2022, at 9:00 a.m**.

20     IT IS SO STIPULATED.

21 / / /

22 / / /

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28

**Stipulation and Order Setting TSR
Revocation Evidentiary Hearing**

| | |
|---|---|
| Dated: April 1, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ DENISE N. YASINOW<br>DENISE N. YASINOW<br>Assistant United States Attorney |
| Dated: April, 2022 | /s/ SHARI RUSK<br>SHARI RUSK<br>Counsel for Defendant<br>KENNETH BELL |

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 1st day of April, 2022.

_____
Troy L. Nunley
United States District Judge

**Stipulation and Order Setting TSR**
**Revocation Evidentiary Hearing**